UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

10 JUL 28 AM 11:49

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| JAMES R. RECKER, II | ) |
| Plaintiff, | ) |
| | ) CAUSE 1:10-cv-0957 SEB -DML |
| Vs. | ) |
| IMC CREDIT SERVICES, LLC | ) |
| Defendant. | ) |

PLAINTIFF'S COMPLAINT FOR DAMAGES

Comes now the Plaintiff, James R. Recker, II, by counsel, James R. Recker, and for his Complaint for Damages against the Defendant, IMC Credit Services, LLC, and in support of same, states and alleges as follows:

1. This action is authorized and brought pursuant to *15U.S.C.A. 1692, Title VIII* of *The Consumer Protection Act,* known as the *Fair Debt Collection Practices Act (FDCPA),* to address a violation of Plaintiff's rights thereof;

2. Plaintiff, James R. Recker, II, is an adult, United States citizen residing at 7146 Caversham Place, in the City of Indianapolis, County of Marion, State of Indiana which is located in the Southern District of Indiana;

3. Plaintiff, James R. Recker, II, is a debtor within the meaning of that term as contemplated by the *Fair Debt Collection Practices Act (FDCPA);*

4. Defendant, IMC Credit Services, LLC, is a domestic Indiana Corporation and a third-party

IMC FDCPA 07282010 JRRII

debt collector covered by the *Fair Debt Collection Practices Act* ;

5. On or about March 28, 2010, Defendant, IMC Credit Services, LLC, sent an initial communication letter attempting to collect a debt from Plaintiff on behalf of the Northwest Radiology Network for collection of an alleged consumer debt [Exhibit 1];

6. That Plaintiff, Recker, sent Defendant, IMC Credit Services, LLC, a certified letter disputing the debt and instructing Defendant not to contact the Plaintiff further in the matter. The United Stats Post Office confirms that the certified letter was received by Defendant, IMC Credit Services, LLC, on April 12, 2010 [Exhibits 2 & 3];

7. That Defendant, IMC Credit Services, LLC, sent Plaintiff a verification of the alleged debt;

8. That on or about July 14, 2010, a representative/employee of IMC Credit Services, LLC, named Melissa, made a collection telephone call to Plaintiff in an attempt to collect the debt;

9. That on or about July 1, 2010, Defendant, IMC Credit Services, LLC, sent an initial communication letter attempting to collect a debt from Plaintiff on behalf of St. Vincent Emergency Physicians, Inc. for collection of an alleged consumer debt [Exhibit 4];

10. That Plaintiff, Recker, on or about July 6, 2010 sent Defendant, IMC Credit Services, LLC, a certified letter disputing the debt and instructing Defendant not to contact the Plaintiff further in the matter [Exhibit 5];

11. That Defendant, IMC Credit Services, LLC did not send verification of the debt;

12. That on or about July 14, 2010, a representative/employee of IMC Credit Services, LLC, named Melissa, made a collection telephone call to Plaintiff in an attempt to collect the debt;

13. That on or about July 14, 2010, a representative/employee of IMC Credit Services, LLC, named Melissa, made a collection telephone call, the initial communication, to Plaintiff in an attempt to collect an alleged consumer debt on behalf of St. Vincent Emergency Physicians;

14. That Defendant, IMC Credit Services, LLC, did not send a written advisement of Plaintiff's right under the *FDCPA* to Plaintiff concerning that alleged debt after the initial telephone call;

15. As a result of the unlawful collection practices of IMC Credit Services, LLC, Plaintiff's rights under *15 U.S.C.A. 1692*, have been violated and Plaintiff has been damaged thereby.

WHEREFORE, Plaintiff prays that damages be awarded to the Plaintiff and against the Defendant, pursuant to the applicable provisions of the *Fair Debt Collection Practices Act*, for costs, attorney's fees, and for all other relief just and appropriate in the premises.

RESPECTFULLY SUBMITTED,

*[signature: James R. Recker]*

JAMES R. RECKER
Attorney at Law
Bar No. 22233-49
P.O. Box 78663
Indianapolis, Indiana 46278
Telephone (317) 479-1470
Facsimile (317) 295-0485
jamesrecker@justice.com

IMC FDCPA 07282010 JRRII

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing pleading was served upon the Defendant by placing same addressed to Defendant's Registered Agent in Certified First Class United States mail postage paid this 28th day of July, 2010

_James R. Recker_
James R. Recker

Corporation Service Company
251 East Ohio Street, Suite 500
Indianapolis, Indiana 46204

Registered Agent for:
IMC Credit Services, LLC

IMC FDCPA 07282010 JRRII